**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JAMES MADDALENA | : | |
| | : | |
| vs. | : | C.A. No. 02-403 S |
| | : | |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and THE RHODE ISLAND DEPARTMENT OF CORRECTIONS | : | |

**ASSENTED TO MOTION TO EXTEND TRIAL DATE**

Now come Defendants, the State of Rhode Island and Providence Plantations and the Rhode Island Department of Corrections and requests that this Court continue the trial of this matter until after August 15, 2005. As grounds therefore, Defendants would show that, despite the beliefs of all counsel, this trial will likely last 8-10 trial days, that there are some witnesses who are unavailable during various times in July and early August, that the Court has numerous cases pending for July, that because of the number of witnesses and the number of employees on vacation during that time, staffing problems will be created at the Department of Corrections during July if the trial proceeds. Further, counsel Beers has a date certain trial beginning in Providence County Superior Court on July 18, which will last 4-5 days. Finally, counsel Partington is briefing and arguing In Re Request for Advisory Opinion from the House of Representatives (casino bill), a matter that is being considered on an expedited basis in the Rhode Island Supreme

Court. Plaintiffs counsel has been contacted and agrees that this matter should be continued until the August/September time frame.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

REBECCA TEDFORD PARTINGTON
Deputy Chief – Civil Division
PARISA D. BEERS
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400
Fax No. (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Motion was mailed, postage prepaid, on this 2nd day of June, 2005 to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903.

Melissa D. DiFonzo