**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JAMES MADDALENA | : | |
| | : | |
| vs. | : | C.A. No. 02-403 S |
| | : | |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and THE RHODE ISLAND DEPARTMENT OF CORRECTIONS | : | |

**MOTION TO COMPEL COMPLIANCE WITH PRETRIAL ORDER**

Now come Defendants and move for an Order compelling compliance with this Court's pretrial Order dated February 26, 2003. A memorandum in support hereof is attached.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

REBECCA TEDFORD PARTINGTON
Deputy Chief – Civil Division
PARISA D. BEERS
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400
Fax No. (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Motion was mailed, postage prepaid, and sent via facsimile, on this 29th day of July, 2005 to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JAMES MADDALENA | : | |
| | : | |
| vs. | : | C.A. No. 02-403 S |
| | : | |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and THE RHODE ISLAND DEPARTMENT OF CORRECTIONS | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO COMPEL COMPLIANCE WITH PRETRIAL ORDER**

In the pretrial Order dated February 26, 2003, the Court required the parties to file a memorandum, containing

> A list of all exhibits intended to be offered at the trial with statements of the purpose for which the exhibit is offered. All such exhibits must be pre-marked by the plaintiff in numerical order and by defendant in alphabetical order.

Plaintiff, in his pretrial memorandum, listed 124 separate exhibits. On July 8, counsel for the defendants requested a more specific description of the exhibits, as they were impossible to locate in the 800 pages of documents produced by plaintiff in discovery. (Appendix 1). Despite counsel's best efforts, no more specific listing has been forthcoming. Defendants respectfully request an Order requiring Plaintiff to specifically identify his proposed exhibits, or, in the alternative, to producing the exhibits labeled as such for trial.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

REBECCA TEDFORD PARTINGTON
Deputy Chief – Civil Division
PARISA D. BEERS
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400
Fax No. (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Motion was mailed, postage prepaid, and sent via facsimile, on this 29th day of July, 2005 to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903.

# APPENDIX 1

State of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

July 8, 2005

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

**Re: Maddalena v. DOC – C.A. No. 02-403 S**

Dear Stephen,

Thank you for the submission of your exhibit list, as part of your pretrial memorandum. Unfortunately, after reviewing this list it has been difficult to identify some of these documents. Specifically, some of these documents are missing important, identifying information, making the task of finding them in the voluminous discovery very time consuming and sometimes impossible.

Because all the discovery in this litigation is numbered by page (pursuant to our initial exchange of documents) could you please send us a list of page numbers for each of the exhibits cited? In the alternative, the State would be amenable to exchanging copies of exhibits with Plaintiff.

Please contact me at your earliest convenience to let me know if we can reach an agreement on this matter.

Very truly yours,

Parisa Beers
Special Assistant Attorney General
Extension 2367

PB/am