UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES MADDALENA,
Plaintiff

C.A. No.02-403S

v.

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS and
THE RHODE ISLAND DEPARTMENT
OF CORRECTIONS
Defendants

**PLAINTIFF'S OPPOSITION AND OBJECTION TO DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH PRETRIAL ORDER**

Now comes the Plaintiff, JAMES MADDALENA, and hereby files this Opposition and Objection to Defendant's Motion to Compel Compliance With Pretrial Order. For the reasons cited in the attached Supporting Memorandum, it is respectfully urged that Defendant's Motion be dismissed.

**Request for Hearing**

The Plaintiff respectfully requests a hearing on this matter.

Respectfully Submitted,
James Maddalena
By His Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-245-5802 /401-245-4520 (FAX)

**CERTIFICATION**

I hereby certify that, on August 9, 2005, a true copy of the above was served by first class regular mail on Rebecca Tedford Partington counsel to the Defendants, at 150 South Main Street, Providence, RI 02903.

8/9/05

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES MADDALENA,
Plaintiff

C.A. No.02-403S

v.

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS and
THE RHODE ISLAND DEPARTMENT
OF CORRECTIONS
Defendants

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION AND OBJECTION TO DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH PRETRIAL ORDER**

Now comes the Plaintiff, JAMES MADDALENA, and hereby files Memorandum In Support of His Opposition and Objection to Defendant's Motion to Compel Compliance With Pretrial Order. To Plaintiff's best knowledge, he has fully complied with the Court's Pretrial Order. It is respectfully urged that the Motion be dismissed.

**Request for Hearing**

The Plaintiff respectfully requests a hearing on this matter.

Respectfully Submitted,
James Maddalena
By His Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-245-5802 /401-245-4520 (FAX)

**CERTIFICATION**

I hereby certify that, on August 9, 2005, a true copy of the above was served by first class regular mail on Rebecca Tedford Partington counsel to the Defendants, at 150 South Main Street, Providence, RI 02903.