**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA02-403S** **DATE: August 23, 2005**

**TITLE:** **James Maddalena v. State of Rhode Island**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Stephen Fanning, Esq.
Rebecca Partington, Esq.
Parisa Beers, Esq.

**PROCEEDING:** Motion for Leave to Take Depositions
Motion to Compel Compliance with Pretrial Order

Attorneys argue.

**RULING:** Motion for Leave to Take Depositions - **Granted in Part, Denied in Part**
Motion to Compel Compliance with Pretrial Order - **Passed**

Settlement Conference set for 8/25/05 at 2:00 p.m. before MJ Almond