8/23/05: PASSED PER AGREEMENT OF COUNSEL

USMJ

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMES MADDALENA :

vs. : C.A. No. 02-403 S

STATE OF RHODE ISLAND AND :
PROVIDENCE PLANTATIONS and :
THE RHODE ISLAND DEPARTMENT :
OF CORRECTIONS :

JUL 29 2005
DISTRICT OF RHODE ISLAND

## MOTION TO COMPEL COMPLIANCE WITH PRETRIAL ORDER

Now come Defendants and move for an Order compelling compliance with this Court's pretrial Order dated February 26, 2003. A memorandum in support hereof is attached.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☐ for determination
☐
William E. Smith, U.S. District Judge
Date 8/1/05

REBECCA TEDFORD PARTINGTON
Deputy Chief – Civil Division
PARISA D. BEERS
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400
Fax No. (401) 222-2995

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing Motion was mailed, postage prepaid, and sent via facsimile, on this 29th day of July, 2005 to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903.