UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 JUL 22
FILED

JAMES MADDALENA,
Plaintiff

C.A. No.02-403S

v.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and THE RHODE ISLAND DEPARTMENT OF CORRECTIONS
Defendants

# MOTION FOR LEAVE TO TAKE DEPOSITIONS

Now comes the Plaintiff, JAMES MADDALENA, and hereby files this Motion to Request leave of Court to take three depositions outside of the discovery period. The Plaintiff hereby respectfully requests permission to depose the following three individuals: Randy LeBeau; Lieutenant David Silva; Timothy Herald. A memorandum in support hereof is attached.

## Request for Hearing

The Plaintiff respectfully requests a hearing on this matter.

Respectfully Submitted,
James Maddalena
By His Attorney,

Stephen Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-245-5802 /401-245-4520 (FAX)

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☐ for determination
☐
William E. Smith, U.S. District Judge
Date: 8/8/05

## CERTIFICATION

I hereby certify that, on July 22, 2005, a true copy of the above was delivered by first class regular mail to Rebecca Tedford Partington counsel to the Defendants, at 150 South Main Street, Providence, RI 02903.

Stephen Fanning

8/23/05: DENIED AS TO C.O. HAROLD; GRANTED AS TO C.O. LeBeau and Lt. Silva subject to the conditions/limitations outlined at today's hearing.
USMJ