**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JAMES MADDALENA | : | |
| | : | |
| vs. | : | C.A. No. 02-403 S |
| | : | |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and THE RHODE ISLAND DEPARTMENT OF CORRECTIONS | : | |

**NOTICE TO TAKE DEPOSITION**

Defendants hereby give notice that they, by and through their attorneys, will take the Deposition of **C/O Randy Padula, at the Department of Corrections Legal, Conference Room, Administration A, 40 Howard Avenue, Cranston, RI 02920**. The Deposition will commence at **3:30 p.m.** on **October 18, 2005** and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

REBECCA TEDFORD PARTINGTON
Deputy Chief – Civil Division
PARISA D. BEERS
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400
Fax No. (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Notice of Deposition was mailed, postage prepaid, and sent via facsimile, on this 4th day of October, 2005 to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 and Allied Court Reporting, 115 Phoenix Avenue, Cranston, RI 02920.

Carol Collins