UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES MADDALENA | : | |
| | : | |
| vs. | : | C.A. No. 02-403 S |
| | : | |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and THE RHODE ISLAND DEPARTMENT OF CORRECTIONS | : | |

**DEFENDANTS'**
**MOTION TO COMPEL TRIAL EXHIBITS**

Defendants respectfully request that this Court order the Plaintiff, James Maddalena, to provide the Defendants with copies of each of the 124 trial exhibits listed in his Pre-trial Memorandum by October 21, 2005. In support of their motion, Defendants have filed an accompanying memorandum.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

REBECCA TEDFORD PARTINGTON
Deputy Chief – Civil Division
PARISA D. BEERS
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400
Fax No. (401) 222-2995

10/26/05: GRANTED. PLAINTIFF SHALL PRODUCE COPIES OF HIS TRIAL EXHIBITS TO DEFENDANTS' COUNSEL BY 11/15/05, IF SO PRODUCED, DEFENDANTS SHALL RECIPROCATE BY 11/18/05.
USMJ