RECEIVED
FEB 10 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMES MADDALENA :
:
vs. : C.A. No. 02-403 S
:
STATE OF RHODE ISLAND AND :
PROVIDENCE PLANTATIONS and :
THE RHODE ISLAND DEPARTMENT :
OF CORRECTIONS

**STIPULATION**

Now come the undersigned and hereby stipulate and agree that the claims against the State of Rhode Island and the Rhode Island Department of Corrections are hereby dismissed, no costs or fees to either party.

For the Plaintiff:

Stephen T. Fanning, Esq.
Attorney for Plaintiff
305 South Main Street
Providence, RI 02903
(401) 272-8250
Fax No. (401) 272-4520

For the Defendants:

Rebecca Tedford Partington, Esq.
Deputy Chief – Civil Division
Parisa Beers, Esq.
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 x 2303
Fax No. (401) 222-2995

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 2/13/06